IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACQUELINE PACKARD, | : | CIVIL ACTION |
| Claimant, | : | |
| v. | : | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | : | No. 11-7323 |
| Defendant. | : | |

## ORDER RE: REQUEST FOR REVIEW

**AND NOW**, this 4th day of October, 2012, upon careful and independent consideration of Jacqueline Packard's request for review, the parties' briefing, and for the reasons discussed in the accompanying Memorandum, it is hereby **ORDERED** as follows:

(1) Packard's request for review is **DENIED** and her Complaint is DISMISSED with prejudice.

(2) The Clerk of Court is directed to mark the case as **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Michael M. Baylson

**Michael M. Baylson, U.S.D.J.**

O:\CIVIL 11\11-7323 Packard v. Astrue\11cv7323_order.wpd